UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 24 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>David Ricardo MAZAS-Munoz,<br><br>Defendant. | Magistrate Docket No.<br><br>'17MJ3035<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1324(a)(1)(A)(ii)<br>Transportation of Certain Aliens for Financial Gain |

The undersigned complainant being, duly sworn, states:

On or about August 23, 2017, within the Southern District of California, defendant David Ricardo MAZAS-Munoz, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Jesus OJEDA-Ramirez, and Misael SANCHEZ-Reyes, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, said aliens within the United States in furtherance of such violation of law, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James L. Trombley
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 24th DAY OF August, 2017.

BERNARD G. SKOMAL
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Cruz RODRIGUEZ,**
**David Ricardo MAZAS-Munoz**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that Jesus OJEDA-Ramirez and Misael SANCHEZ-Reyes, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 23, 2017, Border Patrol Agents T. Macias, J. Ball, K. Ritchason, C. Ramos and O. Arroyo were performing their assigned highway interdiction duties within the Campo Border Patrol Station's area of responsibilities. They all were working in plainclothes, and driving unmarked vehicles. Agent Macias drove his agency vehicle to the parking lot of the Golden Acorn Casino (GAC) in an attempt to identify any acting criminal activity relating to alien smuggling since the checkpoint was in the process of becoming operational. The GAC is located in Boulevard, California in the eastern portion of San Diego County. Due to the rural location of the casino as well as its proximity to the United States/ Mexico International Boundary, criminal organizations utilize the casino and its parking lot as a staging area for their criminal activity.

Since the Casino is conveniently located off the Interstate 8 (I-8) highway and east of the Campo Border Patrol Station's Immigration Checkpoint in Pine Valley, California, criminal enterprises often deploy multiple vehicles to monitor the status of the checkpoint, in an attempt to detect a law enforcement presence.

At approximately 3:50 PM, Agent Macias was in his unmarked agency vehicle facing the parking lot when he noticed two males walking in front of a Ford F-150. both wearing bright red shirts, with one wearing a red baseball cap. The two males walked in front of the truck and stood there looking around the parking lot as if they were looking for something or someone. Shortly thereafter, the one wearing the red baseball cap, walked towards the casino entrance. The other man walked towards F-150, stood at the front-passenger door for second and eventually made his way towards the casino entrance. Agent Macias requested that Agent Ball assist in maintaining surveillance of the truck.

At approximately 4:00 PM, Agent Macias observed the two individuals walk back to the truck. Agent Macias witnessed the man without the hat, open the front-passenger door and get in. The truck started moving and made its way towards the back of the parking lot away from the main entrance. Agent Macias informed Agent Ball of the new location. Agent Ball went to the new

**CONTINUATION OF COMPLAINT:**
**Cruz RODRIGUEZ,**
**David Ricardo MAZAS-Munoz**

location and continued surveillance of the F-150. Agent Ball requested record checks on the vehicle plate. Record checks revealed that the vehicle had a release of liability out of Mexico and has previously been associated for alien smuggling activity by Border Patrol. This is significant due to the fact that multiple vehicles that Agent Macias and Agent Ball have found to have been involved in criminal activity have been vehicles with release of liabilities.

As Agent Ball was observing the F-150, he observed a male walk towards a white Ford sedan bearing a California license plate, that was parked behind the F-150. The vehicle quickly left the parking lot and Agent Macias followed it towards the interstate suspecting that the vehicle could be a possible scout vehicle for the F-150. Agent Macias requested record checks on vehicle plate. Record checks revealed that the vehicle plate came back to a Ford registered to a junk yard. Agents Macias and Bell, suspecting that the Ford sedan was a scout vehicle Agent Macias requested assistance from Boulevard Border Patrol Station agents to assist in searching for the vehicle. An agent broadcast that a vehicle matching the description of the Ford sedan was exiting the Jacumba off ramp and drove into the Shell Gas Station. Agent Macias arrived at the gas station and confirmed in was the same car, but had no occupants at the time

Agent Macias observed two males walk up to the Ford sedan. Agent Macias approached the Ford sedan in his unmarked vehicle and walked up to the two individuals. Agent Macias identified himself as a United States Border Patrol agent and questioned the driver, Javier ANGULO as to his citizenship. ANGULO stated that he was United States citizen and provided his California Driver's License and a copy of his birth certificate.

Agent Macias asked ANGULO if he was the owner of the vehicle and he stated that it belonged to his friend, by the name of Don Juan and that he picked it up this morning. In Agent Macias's experience, the drivers of scout vehicles do not use their own personal vehicles to avoid having their vehicles seized. Agent Macias asked for the vehicle registration and saw that the vehicle was registered to a Jose out of Calexico, California.

Agent Macias asked ANGULO who the passenger was and he said it was his friend Cruz. Agent Macias asked how long he had known him, he responded approximately four months. ANGULO did not know his friend's last name. Agent Macias asked him what he was doing in the area and ANGULO said that he was giving his friend a ride to San Diego, California. When questioned why he was driving in the opposite direction, ANGULO changed his answer to say that he was on his way back from San Diego. Agent Macias asked ANGULO if he had ever been arrested by the Border Patrol and he said that he had for alien smuggling.

**CONTINUATION OF COMPLAINT:**
**Cruz RODRIGUEZ,**
**David Ricardo MAZAS-Munoz**

Agent Macias then approached Cruz, later identified as defendant Cruz RODRIGUEZ. and questioned him regarding his citizenship. RODRIGUEZ stated he is a United States Citizen. Agents Macias asked RODRIGUEZ what he had in his pockets and he stated that he had personal use marijuana and two pipes. Agent Macias asked RODRIGUEZ why he was in the area. RODRIGUEZ said that he was fighting with his girlfriend and was just hanging out with his childhood friend as ANGULO did his errands. RODRIGUEZ admitted to being previously arrested for alien smuggling. RODRIGUEZ's different reason for being in the area confirmed Agent Macias's suspicion that both ANGULO and RODRIGUEZ were participating in a smuggling event. Once record checks confirmed their identities, at approximately 5:20 p.m., Agent Macias initially arrested RODRIGUEZ for 21 USC 844 simple possession. ANGULO was released. This area is approximately twenty-five miles east of the Tecate, California Port of Entry and one mile north of the United States/ Mexico International Boundary. RODRIGUEZ was transported to the Campo Border Patrol Station for processing.

Contemporaneously, Agent Ball was maintaining visual observation of the Ford F-150 as Agent Macias followed the Ford Taurus sedan east on Interstate 8. Agent Ramos arrived on scene shortly after a man wearing a black shirt entered the vehicle, after parking directly behind Agent Ball. Agent Ramos then walked towards the F-150 to see if there were any more occupants in it. Agent Ramos looked the front windows and saw a man in the rear passengers seat. At this time Agent Ritchason arrived at the casino parking to assist. Shortly after Agent Ritchason got into position, the man in the black shirt exited the F-150 and began walking towards the entrance of the casino where Agent Ramos was, and sat on the bench.

Agent Ritchason could see other individuals popping their heads up in the rear seating area of the F-150. A few minutes later, Agents Ball and Ritchason decided to make contact with the individuals. Agent Ramos approached the man in the black shirt later identified as Rafael OLIVARES-Hernandez. After identifying himself as a Border Patrol Agent, Agent RAMOS conducted an immigration inspection. OLIVARES said that he was illegally present in the United States. Agent Ramos then had OLIVARES stand up and walk with him towards Agent Ball's location.

Agent Ramos then got to the driver's side door of Agent Ball's vehicle and attempted to place handcuffs on OLIVARES. Agent Ball had his Border Patrol-issued badge on his belt, Border Patrol vest with badges and insignia clearly visible. At this time, OLIVARES began to resist arrest throwing elbows at Agent Ramos and turning towards him pushing him on the hard

**CONTINUATION OF COMPLAINT:**
**Cruz RODRIGUEZ,**
**David Ricardo MAZAS-Munoz**

asphalt parking lot causing Agent Ramos to nearly hit the ground. OLIVARES also began yelling "Migra" (Spanish slang for Border Patrol.)

OLIVARES took a fighting stance against Agent Ramos and Agent Ball got out of his vehicle announcing himself as Border Patrol agent and telling him to calm down. Agent Ramos again tried to place OLIVARES in handcuffs by wrapping his arms around him. Agents Ramos and Ball both knew that OLIVARES had not yet been searched and that he could be potentially armed while resisting arrest. OLIVARES continued throwing elbows at Agent Ramos and at this point, Agent Ball saw Agent Ramos attempting to get him on the ground. Agent Ball assisted Ramos getting OLIVARES to the ground and Agent Ramos fell hard on the asphalt to his knees over the top of OLIVARES who was on his hands and knees. OLIVARES continued to fight Agent Ramos. Agents Ramos and Ball were able to place OLIVARES in handcuffs.

Agent Ritchason requested backup to assist with the two other individuals he had observed in the F-150. When Agent Ball looked over towards that direction, he could see them walking away from the truck towards the casino. Agent Ball got into his service vehicle and drove toward them. Agent Ball identified himself as a Border Patrol Agent and conducted an immigration inspection. Both individuals, later identified as material witnesses Jesus OJEDA-Ramirez, and Misael SANCHEZ-Reyes, admitted to being citizens of Mexico illegally present in the United Sates. At approximately 5:05 p.m., Agent Ball placed OJEDA and SANCHEZ under arrest for being illegally present in the United States. At approximately 5:05 p.m., Ramos placed OLIVARES under arrest for being illegally present in the United States. This area is approximately fifteen miles east of the Tecate, California Port of entry and approximately twelve miles north of the United States/ Mexico International Boundary.

As Agent Ramos was waiting for a tow truck for the F-150. Agent Arroyo spoke with the security staff of the Casino and requested any footage that could identify the driver of the F-150. Security staff informed Agent Arroyo that the driver was wearing a red T-shirt and was near trucker's rest area. Agent Arroyo walked to the rest area and located male wearing a red T-shirt later identified as defendant David Ricardo MAZAS-Munoz sitting on a bench.

Agent Arroyo identified himself as a United States Border Patrol agent and conducted an immigration inspection of MAZAS. MAZAS said that he was a Legal Permanent Resident. Agent Arroyo requested Agent Ramos to assist him with his investigation of MAZAS. When Agent Ramos arrived to the trucker's rest area, Agent Arroyo went to review the security footage. After reviewing the footage, Agent Arroyo notified Agent Ramos that he was the

**CONTINUATION OF COMPLAINT:**
**Cruz RODRIGUEZ,**
**David Ricardo MAZAS-Munoz**

driver of the F-150. At approximately 6:30 p.m., Agent Ramos placed MAZAS under arrest for Alien Smuggling.

Material Witnesses OJEDA and SANCHEZ stated that they are citizens of Mexico and did not have any immigration documents that would allow them to enter or remain in the United States legally. OJEDA and SANCHEZ stated that arrangements had been made in Mexico to be smuggled and that they were to pay $7,000 in order to be smuggled into the United States. When shown a photographic lienup, OJEDA and SANCHEZ were able to identify as MAZAS as the driver of the truck.